IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TYRONE DWAYNE OWENS, JR.,   ) | |
| )  | |
|     Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
|     v.   ) | 2:19cv301-MHT |
| ) | (WO) |
| WALTER MYERS, Warden,   ) | |
| et al.,   ) | |
| ) | |
|     Defendants.   ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that several officers used excessive force against him, covered up the assault, and refused him medical care, and that when he complained to the warden, the warden took no action. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with a court order to keep the court apprised of address changes and for failure to prosecute this case adequately. There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of April, 2022.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**